**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID ACOSTA,

            Plaintiff,

-vs-                                    Case No. 6:04-cv-761-Orl-28JGG

MARIE D. CAMPBELL, GREGG
DREILINGER, LAW OFFICES OF DAVID
J. STERN, P.A., ,

            Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Amend Complaint (Doc. 49, filed April 18, 2005). Defendants have not timely filed a response to Plaintiff's Motion. The Court **GRANTS** Plaintiff's Motion for Leave to Amend Complaint (Doc. 49), allowing Plaintiff to file a Second Amended Complaint. The Court **DENIES** as moot Defendants' Motion to Dismiss Amended Complaint (Doc. 35). Defendants may reurge their Motion to Dismiss, if appropriate, after Plaintiff files his Second Amended Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __6th__ day of May, 2005.

                                                        JOHN ANTOON II
                                                        United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party