# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID ACOSTA,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-761-Orl-28JGG**

**MARIE D. CAMPBELL, GREGG DREILINGER, LAW OFFICES OF DAVID J. STERN, P.A., ,**

          **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT (Doc. No. 80)** |
| **FILED:** | **July 5, 2005** |
| **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. | |
| **MOTION:** | **CITIMORTGAGE, INC.'S AMENDED MOTION TO QUASH SERVICE OF PROCESS (Doc. No. 85)** |
| **FILED:** | **July 7, 2005** |
| **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. | |
| **MOTION:** | **MOTION TO QUASH SERVICE OF PROCESS (Doc. No. 83)** |
| **FILED:** | **July 6, 2005** |
| **THEREON** it is **ORDERED** that the motion is **DENIED** as moot, given the Amended Motion filed as Doc. No. 85. | |

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO COMPEL DISCOVERY (Doc. No. 87)** |
| **FILED:** | **July 6, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice as moot, given the parties' stipulation. Doc. No. 91 ¶ 5.

| | |
|---|---|
| **MOTION:** | **STIPULATED MOTION FOR EXTENSION OF TIME FOR CITIMORTGAGE, INC. TO FILE RESPONSIVE PLEADING (Doc. No. 91)** |
| **FILED:** | **July 12, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED.** CitiMortgage, Inc. shall have until August 1, 2005 to file its Responsive Pleading to the Amended Complaint.

The parties have stipulated to an extension of time for CitiMortgage, Inc. to file its responsive pleading to the Amended Complaint and CitiMortgage has agreed to withdraw its objection to the sufficiency of Plaintiff's service of the summons and Amended Complaint and to treat them as properly served. Doc. No. 91 ¶ 4. The parties have also agreed to a thirty-day extension for service of CitiMortgage's responses to certain discovery, which moots Plaintiff's Motion to Compel that discovery. Parties do not file written discovery with the Court. *See* Local Rule 3.03(e). Therefore, the parties may extend the deadlines for service of written discovery by agreement and they do not require a Court order unless there would be some effect on established deadlines.

**DONE** and **ORDERED** in Orlando, Florida on July 13, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties