# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID ACOSTA,**

           **Plaintiff,**

**-vs-**                                               **Case No. 6:04-cv-761-Orl-28DAB**

**MARIE D. CAMPBELL, GREGG DREILINGER, LAW OFFICES OF DAVID J. STERN, P.A., CITIMORTGAGE, INC.,**

           **Defendants.**

_____

## ORDER AND NOTICE OF HEARING

This cause came on for consideration without oral argument on several issues in the record:

> **MOTION:**    **PLAINTIFF'S MOTION FOR ORDER ON DISCOVERY (Doc. No. 94)**
>
> **FILED:**      **July 18, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff served subpoenas on three credit reporting agencies, Experian (in Costa Mesa, California), Equifax (in Atlanta, Georgia), and Trans Union (in Chicago, Illinois). Pursuant to the Federal Rules of Civil Procedure, "a subpoena for production or inspection shall issue from the court for the district in which the production or inspection is to be made." Fed. R.Civ.P. 45(a)(2). Plaintiff must apply for a subpoena in each of the districts in which the production is to be made; the subpoenas issued from the Middle District of Florida are not valid and may not have been properly served.

Plaintiff filed a Reply to Defendant's Objection to Plaintiff's Motion to Amend Complaint (Doc. No. 93) that fails to comply with the requirements of Local Rule 3.01(b) of the Middle District of Florida, which reads as follows:

> (b) Each party opposing any written motion or other application shall file and serve, within ten (10) days after being served with such motion or application, a brief or legal memorandum with citation of authorities in opposition to the relief requested. *No other briefs or legal memoranda directed to any such written motion* shall be filed or served by any party unless requested by the Court.

United States District Court for the Middle District of Florida, Local Rule 3.01(b) (emphasis added). The Clerk is **DIRECTED** to delete the document, and any response required to be filed because of the stricken document will not be required and will also be stricken and deleted.

## NOTICE OF HEARING

**TAKE NOTICE** that a Case Management Conference will be held before the undersigned on **WEDNESDAY**, **AUGUST 3, 2005** at **11:00 A.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

**DONE** and **ORDERED** in Orlando, Florida on July 20, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

**PLEASE NOTE**: **Photo identification** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.