# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID ACOSTA,**

            **Plaintiff,**

**-vs-**                                        **Case No. 6:04-cv-761-Orl-28DAB**

**MARIE D. CAMPBELL, GREGG DREILINGER, LAW OFFICES OF DAVID J. STERN, P.A., CITIMORTGAGE, INC.,**

            **Defendants.**

_____

## ORDER AND NOTICE OF HEARING

This cause came on for consideration with oral argument on the following motions filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT BASED ON NEWLY DISCOVERED EVIDENCE (Doc. No. 73)**
>
> **FILED:** June 20, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The Clerk is **DIRECTED** to file the Attachment to Doc. No. 73 as Plaintiff's **THIRD** Amended Complaint; the parties will refer to it as such.
>
> **MOTION:** **MOTION TO DISMISS SECOND AMENDED COMPLAINT [FILED MAY 19, 2005] (Doc. No. 71)**
>
> **FILED:** June 3, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

-2-

| | |
|---|---|
| **MOTION:** | **CITIMORTGAGE, INC.'S MOTION TO DISMISS [PLAINTIFF'S SECOND] AMENDED COMPLAINT [FILED MAY 19, 2005] (Doc. No. 98)** |
| **FILED:** | **July 29, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

| | |
|---|---|
| **MOTION:** | **MOTION FOR RECONSIDERATION AND/OR CLARIFICATION AS TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY (Doc. No. 96)** |
| **FILED:** | **July 26, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

| | |
|---|---|
| **MOTION:** | **MOTION FOR RECONSIDERATION ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM CREDIT REPORTING AGENCIES (Doc. No. 97)** |
| **FILED:** | **July 26, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Defendants are **GRANTED** leave to file motions to dismiss the Third Amended Complaint by **August 22, 2005.** Plaintiff shall file any response to the Motions to Dismiss by **September 6, 2005.**

**TAKE NOTICE** that oral argument on Defendants' motions to dismiss the Third Amended Complaint will be held before the undersigned on **MONDAY**, **SEPTEMBER 19, 2005** at **10:00 A.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

Issues involving discovery from the parties will be revisited, if necessary, following oral argument on the motions to dismiss scheduled for September 19, 2005.  The Court also intends to reschedule the dispositive motions and mediation deadlines following oral argument.

**DONE** and **ORDERED** in Orlando, Florida on August 3, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Plaintiff David Acosta

**PLEASE NOTE**:  **Photo I.D.** is required to enter the United States Courthouse.  Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.