**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID ACOSTA,**

               **Plaintiff,**

**-vs-**                                      **Case No. 6:04-cv-761-Orl-28DAB**

**MARIE D. CAMPBELL, GREGG**
**DREILINGER, LAW OFFICES OF**
**DAVID J. STERN, P.A., CITIMORTGAGE,**
**INC.,**

               **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION OF RESIDENTIAL FUNDING CORPORATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (Doc. No. 121)** |
| **FILED:** | October 12, 2005 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **REQUEST FOR ENTRY OF DEFAULT AGAINST MORTGAGE CAPITAL ASSOCIATES, INC., JAY M. STEREN, IMELDA W. LAY, AND RESIDENTIAL FUNDING CORPORATION (Doc. No. 122)** |
| **FILED:** | October 12, 2005 |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

> **MOTION:** **DEFENDANTS' MORTGAGE CAPITAL ASSOCIATES, INC., JAY M. STEREN, AND IMELDA W. LAY MOTION FOR ENLARGEMENT OF TIME [TO RESPOND TO COMPLAINT] (Doc. No. 123)**
>
> **FILED:** October 12, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff David Acosta recently served Defendants Mortgage Capital Associates, Inc., Jay M. Steren, and Imelda W. Lay, with his Third Amended Complaint on September 19, 2005, by leaving a copy of the summons and complaint with "C Mackey, H.R. Officer, authorized and able to accept service of process." Doc. No. 117, 118, 119. However, service on the individual Defendants, Jay Steren and Imelda Lay, cannot be accomplished by substitute service on their corporate employer at their workplace; substitute service can only be accomplished at their dwelling houses or usual places of abode. *See id.* Acosta also served Residential Funding Corporation on September 19, 2005.

All four Defendants now request a thirty-day extension of time to respond to Plaintiff's Third Amended Complaint. Responsive pleadings were due from Defendants on October 11, 2005. All four Defendants filed their Motions for Extension of Time on October 12, 2005, one day late. On the same day, Acosta filed his Motion for Default against all four Defendants. Because service was defective on Lay and Steren, Acosta is not entitled to default against them. In addition, because it is clear that the corporate Defendants intend to defend against the suit against them, default is inappropriate and all of the Defendants will be allowed an extension to prepare a response Acosta's claims in order for the Court to decide the case on the merits. In light of this extension of time to respond to the Third Amended Complaint, the Court will treat the defect in service as waived.

    **DONE** and **ORDERED** in Orlando, Florida on October 17, 2005.

                                          *David A. Baker*

                                      DAVID A. BAKER
                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties