**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID ACOSTA,**

          **Plaintiff,**

**-vs-**                                     **Case No. 6:04-cv-761-Orl-28DAB**

**MARIE D. CAMPBELL, GREGG**
**DREILINGER, LAW OFFICES OF**
**DAVID J. STERN, P.A., CITIMORTGAGE,**
**INC.,**

          **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR STIPULATED ORDER ON DISCOVERY (Doc. No. 113)**
>
> **FILED:** September 19, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice as moot.

Plaintiff seeks discovery from the Pennsylvania Department of Banking regarding Mortgage Capital Associates, Inc.[1] Plaintiff maintains that the motion is unopposed; however, Mortgage Capital Associates is seeking a protective order in the Middle District of Pennsylvania on the same issue. In

---

[1] Mortgage Capital Associates was served with Plaintiff's Third Amended Complaint on September 19, 2005, the exact same date the Motion was filed. Doc. No. 119. Mortgage Capital Associates has not yet answered, having been granted an extension. R. 123, 127.

light of the Court's Report and Recommendation to dismiss all RICO claims against all Defendants, such information is no longer of any apparent relevance to Plaintiff's case. *See* Doc. No. 132. Should this conclusion be altered, Plaintiff may renew the motion.

**DONE** and **ORDERED** in Orlando, Florida on November 7, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties