# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID ACOSTA,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-761-Orl-28DAB**

**MARIE D. CAMPBELL, GREGG DREILINGER, LAW OFFICES OF DAVID J. STERN, P.A., CITIMORTGAGE, INC., CITIBANK, FSB, MORTGAGE CAPITAL ASSOCIATES, INC., RESIDENTIAL FUNDING CORPORATION, JAY M. STEREN, IMELDA W. LAY, and JOHN DOES 1-20,**

          **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO COMPEL DISCOVERY (Doc. No. 130)**
>
> **FILED:** November 1, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice as moot.

Plaintiff seeks discovery from CitiMortgage, Inc. of issues related to his Promissory Note, the relationship between CitiMortgage, Inc. and Mortgage Capital Associates, and other issues purportedly relevant to his RICO claims. CitiMortgage, Inc. seeks a protective order that the information sought is not relevant to Plaintiff's claims.

In light of the Court's Report and Recommendation to dismiss all RICO claims against all Defendants, such information is no longer of any apparent relevance to Plaintiff's case. *See* Doc. No. 132. Should this conclusion be altered, Plaintiff may renew the motion.

**DONE** and **ORDERED** in Orlando, Florida on November 9, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties