UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID ACOSTA,

          Plaintiff,

-vs-                                 Case No. 6:04-cv-761-Orl-28DAB

MARIE D. CAMPBELL, GREGG
DREILINGER, LAW OFFICES OF DAVID
J. STERN, P.A., CITIMORTGAGE, INC.,
CITIBANK, FSB, IMELDA W. LAY,
MORTGAGE CAPITAL ASSOCIATES,
INC., RESIDENTIAL FUNDING
CORPORATION, JAY M. STEREN, JOHN
DOES 1-20,

          Defendants.

## ORDER

This case is before the Court on Defendant' Marie D. Campbell, Gregg Dreilinger, and the Law Offices of David J. Stern, P.A., Motion to Dismiss Third Amended Complaint (Doc. No. 104), Citimortgage, Inc.'s Motion to Dismiss Third Amended Complaint (Doc. No. 105), and Citibank, Federal Savings Bank's Motion to Dismiss Third Amended Complaint (Doc. No. 116). The United States Magistrate Judge has submitted a report recommending that these motions be granted in part.

After an independent *de novo* review of the record in this matter, and considering the responses filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 4, 2005 (Doc. No. 132) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant' Marie D. Campbell, Gregg Dreilinger, and the Law Offices of David J. Stern, P.A., Motion to Dismiss Third Amended Complaint (Doc. No. 104), Citimortgage, Inc.'s Motion to Dismiss Third Amended Complaint (Doc. No. 105), and Citibank, Federal Savings Bank's Motion to Dismiss Third Amended Complaint (Doc. No. 116) are **GRANTED in part**. Specifically, Plaintiff's federal and Florida RICO claims (Counts I and II) and his FDUTPA claim (Count V), are **DISMISSED with prejudice**. The portion of the motions to dismiss seeking dismissal of Plaintiff's FDCPA and Florida Consumer Credit Protection Act claims (Counts III and IV) is **GRANTED in part and DENIED in part**, specifically Plaintiff's claims in ¶¶ 133 (b), (c), (e), (f) - (i) are **DISMISSED with prejudice**. Plaintiff's claims in ¶¶ 133 (a) and (d) remain.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __18__ day of January, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party