# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID ACOSTA,**

        **Plaintiff,**

**-vs-**                                             **Case No. 6:04-cv-761-Orl-28DAB**

**MARIE D. CAMPBELL, GREGG DREILINGER, LAW OFFICES OF DAVID J. STERN, P.A., CITIMORTGAGE, INC., CITIBANK, FSB, IMELDA W. LAY, MORTGAGE CAPITAL ASSOCIATES, INC., RESIDENTIAL FUNDING CORPORATION, JAY M. STEREN, JOHN DOES 1-20,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **RESIDENTIAL FUNDING CORPORATION'S MOTION TO DISMISS THIRD AMENDED COMPLAINT OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT (Doc. No. 129)**
>
> **FILED:** October 26, 2005
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** as moot in light of dismissal of the claims against Residential Funding Corporation. *See* Doc. Nos. 132, 159.

**DONE** and **ORDERED** in Orlando, Florida on January 23, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Plaintiff David Acosta