UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID ACOSTA,

              Plaintiff,

-vs-                                        Case No. 6:04-cv-761-Orl-28DAB

MARIE D. CAMPBELL, GREGG
DREILINGER, LAW OFFICES OF DAVID
J. STERN, P.A., CITIMORTGAGE, INC.,
CITIBANK, FSB, IMELDA W. LAY,
MORTGAGE CAPITAL ASSOCIATES,
INC., RESIDENTIAL FUNDING
CORPORATION, JAY M. STEREN, JOHN
DOES 1-20,

              Defendants.
_____

## ORDER

This case is before the Court on Residential Funding Corporation's Motion to Dismiss Third Amended Complaint or in the Alternative Motion for More Definite Statement (Doc. No. 129) filed October 26, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed January 23, 2006 (Doc. No. 161) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Residential Funding Corporation's Motion to Dismiss Third Amended Complaint or in the Alternative Motion for More Definite Statement (Doc. No. 129) is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7th___ day of February, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party