UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID ACOSTA,**

        **Plaintiff,**

-vs-                                      Case No. 6:04-cv-761-Orl-28DAB

**MARIE D. CAMPBELL, GREGG DREILINGER, LAW OFFICES OF DAVID J. STERN, P.A., CITIMORTGAGE, INC., CITIBANK, FSB,**

        **Defendants.**

---

## ORDER

This case is before the Court on Defendants', Mortgage Capital Associates, Inc., Jay M. Stern, and Imelda W. Lay's Motion for Entry of Final Judgment (Doc. No. 166) filed February 2, 2006 and Defendant's Residential Funding Corporation's Motion for Entry of Final Judgment (Doc. No. 171) filed March 30, 2006. The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 7, 2006 (Doc. No. 179) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The motions for entry of final judgment (Doc. Nos. 166 and 171) are **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of July, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party