# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID ACOSTA,**

**Plaintiff,**

**-vs-**                                                   **Case No.  6:04-cv-761-Orl-28DAB**

**MARIE D. CAMPBELL,  GREGG
DREILINGER,  LAW OFFICES OF
DAVID J. STERN, P.A., CITIMORTGAGE,
INC., CITIBANK, FSB,**

**Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR RECONSIDERATION ON MOTION TO STRIKE AFFIDAVIT OF FOREST MCSURDY (Doc. No. 211)** |
| **FILED:** | **November 1, 2006** |
| _____ | |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

The Court previously denied Plaintiff Acosta's Motion to Strike the Affidavit of Forest

McSurdy by Order dated October 12, 2006.  Doc. No. 198.  The Motion to Strike was actually an

opposition to the McSurdy affidavit that the Defendants submitted in support of their Motion for

Summary Judgment, and Plaintiff's arguments went to the merits and inconsistencies of the affidavit,

but was filed one week after the deadline for filing opposition to the summary judgment motion.  No

new grounds are asserted in the Motion to Reconsider and it is **DENIED**.

       **DONE** and **ORDERED** in Orlando, Florida on November 8, 2006.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record