UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID ACOSTA,

              Plaintiff,

-vs-                                        Case No. 6:04-cv-761-Orl-28DAB

MARIE D. CAMPBELL, GREGG
DREILINGER, LAW OFFICES OF DAVID
J. STERN, P.A., CITIMORTGAGE, INC.,
CITIBANK, FSB,

              Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion For Summary Judgment (Doc. No. 175-1) filed June 16, 2006. The United States Magistrate Judge has submitted a report recommending that the motion for summary judgment be granted.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation as well as Defendants' Response thereto, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 12, 2006 (Doc. No. 198) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendants' Motion for Summary Judgment is **GRANTED.**

    3.    Plaintiff's Motion For Certification and For Leave To File Interlocutory Appeal (Doc. No. 194) is **DENIED AS MOOT.**

4. Plaintiff's Rule 60(B) Motion For Relief from Order of Dismissal (Doc. No. 193) is **DENIED AS MOOT.**

5. Plaintiff's Motion For Relief from Order of Dismissal (Doc. No. 195) is **DENIED AS MOOT.**

6. Plaintiff's Motion in Limine (Doc. No. 192) is **DENIED AS MOOT.**

7. The Order To Show Cause entered December 21, 2006 (Doc. No. 214) is **VACATED.**

8. Judgment shall be entered in favor of Defendants.

9. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __22__ day of December, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party