# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID ACOSTA,**

                      **Plaintiff,**

**-vs-**                                        **Case No. 6:04-cv-761-Orl-28DAB**

**MARIE D. CAMPBELL, GREGG DREILINGER, LAW OFFICES OF DAVID J. STERN, P.A., CITIMORTGAGE, INC., CITIBANK, FSB,**

                      **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** **JOINT MOTION TO TAX COSTS[1] AND AWARD ATTORNEYS' FEES [BY CAMPBELL, DREILINGER, STERN, CITIMORTGAGE AND CITIBANK] (Doc. No. 219)**
>
> **FILED:** January 9, 2007
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

---

[1] Costs are to be taxed by the Clerk upon presentation of a bill of costs (F.R.Civ.P. 54(d)(1)). To the extent Defendants seeks reimbursement of their costs, they must file a separate bill of costs; the bill is then reviewed on motion of any party.

> **MOTION:** **RESIDENTIAL FUNDING CORPORATION'S MOTION TO TAX COSTS AND AWARD ATTORNEYS' FEES (Doc. No. 228)**
>
> **FILED:** April 25, 2007
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

> **MOTION:** **DEFENDANTS' MORTGAGE CAPITAL ASSOCIATES, INC. JAY M. STEREN, AND IMELDA W. LAY'S MOTION FOR ATTORNEYS' FEES (Doc. No. 229)**
>
> **FILED:** April 26, 2007
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

It is further respectfully **RECOMMENDED** that to the extent the Defendants seek their costs, the Motions be denied without prejudice to Defendants filing a bill of costs within 7 days of any Order adopting this Report and Recommendation.

As to the attorney's fees, there is now pending an appeal from the summary judgment awarded to Defendants against Plaintiff. *See* Doc. No. 221. Determination of that appeal, regardless of its outcome, will greatly affect consideration of this motion. Any time spent analyzing the fee request at this juncture would be wasted. It does not appear that consideration of the appeal itself would be better informed if accompanied by a decision on fees.

For these reasons, it is respectfully **RECOMMENDED** that Defendants' Motions for Attorney's Fees be denied without prejudice to reassertion after completion of the appellate process.

Failure to file written objections to the proposed findings and recommendations contained in

this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 14, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Plaintiff David Acosta
Courtroom Deputy