UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID ACOSTA,

        Plaintiff,

-vs-                              Case No. 6:04-cv-761-Orl-28DAB

MARIE D. CAMPBELL, GREGG
DREILINGER, LAW OFFICES OF DAVID
J. STERN, P.A., CITIMORTGAGE, INC.,
CITIBANK, FSB,

        Defendants.

## ORDER

This case is before the Court on the Joint Motion to Tax Costs and Award Attorneys' Fees filed by Defendants Campbell, Drielinger, Stern, Citimortgage, Inc. and Citibank, FSB (Doc. No. 219) filed January 9, 2007, Residential Funding Corporation's Motion to Tax Costs and Award Attorneys' Fees (Doc. No. 228) filed April 25, 2007 and Defendants' Mortgage Capital Associates, Inc., Jay M. Steren, and Imelda W. Lay's Motion for Attorneys' Fees (Doc. No. 229) filed April 26, 2007. The United States Magistrate Judge has submitted a report recommending that the motions be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 14, 2007 (Doc. No. 232) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The motions for fees and costs (Docs. Nos. 219, 228 and 229) are **DENIED without prejudice**. As noted in the Report and Recommendation, there is a pending appeal on the summary judgment awarded to Defendants against Plaintiff in this case. Defendants may reassert their motions for attorneys' fees after completion of the appellate process. To the extent the Defendants seek their costs, Defendants may file bill of costs within seven (7) days of the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___4___ day of June, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party