UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID ACOSTA,

          Plaintiff,

-vs-                                Case No. 6:04-cv-761-Orl-28DAB

MARIE D. CAMPBELL, GREGG
DREILINGER, LAW OFFICES OF DAVID
J. STERN, P.A., CITIMORTGAGE, INC.,
CITIBANK, FSB,

          Defendants.

## ORDER

This case is before the Court on the Amended Renewed Motion for Attorney Fees (filed by Defendants Imelda W. Lay, Mortgage Capital Associates, Inc. and Jay Steren) (Doc. No. 240) ("Motion #1") filed March 26, 2009; the Amended Renewed and Supplemental Motion for Attorney Fees (filed by Defendants Marie D. Campbell, Gregg Dreilinger, Law Offices of David J. Stern, P.A., Citimortgage, Inc., and Citibank, FSB) (Doc. No. 243) ("Motion #2") filed April 15, 2009; Renewed and Supplemental Motion for Attorney Fees (filed by Defendants Imelda W. Lay, Mortgage Capital Associates, Inc. and Jay M. Steren)(Doc. 245) ("Motion #3") filed April 17, 2009; and the Renewed Motion for Attorney Fees (filed by Defendant Residential Funding Corporation) (Doc. No. 246) ("Motion #4") filed April 30, 2009. The United States Magistrate Judge has submitted a report recommending that Motion #1 be denied as moot, Motion #2 be granted in part and denied in part, Motion #3 be denied, and Motion #4 be be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 5, 2009 (Doc. No. 264) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Renewed Motion for Attorney Fees (Doc. No. 240) is **DENIED as moot.**

3. The Amended Renewed and Supplemental Motion for Attorney Fees (Doc. No. 243) is **GRANTED in part and DENIED in part.**

4. The Renewed and Supplemental Motion for Attorney Fees (Doc. No. 245) is **DENIED.**

5. The Renewed Motion for Attorney Fees (Doc. No. 246) is **DENIED.**

6. Defendants Marie D. Campbell, Gregg Dreilinger, Law Offices of David J. Stern, P.A., Citimortgage, Inc. and Citibank, FSB are awarded attorney's fees for defense of the Florida Deceptive and Unfair Trade Practices Act in the amount of $4,902.80.

DONE and ORDERED in Chambers, Orlando, Florida this ____ day of December, 2009

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party